```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 05352
    CAPRI D PATTISON
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY
        Debtor
    SSN XXX-XX-6750


--------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 03/06/2008 and was confirmed 05/01/2008.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  20.00%.

    The case was dismissed after confirmation 01/08/2009.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
--------------------------------------------------------------------------
AMERICASH LOANS LLC        UNSECURED         1119.82          .00           .00
AMERILOAN                  UNSECURED       NOT FILED          .00           .00
T MOBILE                   UNSECURED          202.98          .00           .00
CITY OF CHICAGO PARKING    UNSECURED             .00          .00           .00
WOMENS WORKOUT WORLD       UNSECURED       NOT FILED          .00           .00
FINGERHUT CORPORATION      UNSECURED       NOT FILED          .00           .00
BRITISH INVESTMENT GROUP   UNSECURED       NOT FILED          .00           .00
RCN CHICAGO                UNSECURED       NOT FILED          .00           .00
JEFFERSON CAPITAL SYSTEM   UNSECURED          302.00          .00           .00
COMCAST                    UNSECURED          190.63          .00           .00
GLOBAL FIN SVC             UNSECURED       NOT FILED          .00           .00
JACKSON PARK HOSPITAL      UNSECURED       NOT FILED          .00           .00
AT&T                       UNSECURED       NOT FILED          .00           .00
COM ED                     UNSECURED       NOT FILED          .00           .00
PLANNED PARENTHOOD         UNSECURED       NOT FILED          .00           .00
PLS FINANCIAL              UNSECURED       NOT FILED          .00           .00
ACORN INVESTMENTS          UNSECURED       NOT FILED          .00           .00
ISAC                       UNSECURED        22041.60          .00           .00
STRAMLIN ENTERPRISES       UNSECURED       NOT FILED          .00           .00
LASALLE BANK               UNSECURED       NOT FILED          .00           .00
UNITED AUTO CREDIT  CORP   UNSECURED       NOT FILED          .00           .00
US CELLULAR                UNSECURED       NOT FILED          .00           .00
WESTBURY                   UNSECURED       NOT FILED          .00           .00
PROLNVEST REALTY LLC       NOTICE ONLY     NOT FILED          .00           .00
LASALLE BANK               UNSECURED       NOT FILED          .00           .00
SALLIE MAE SERVICING       CURRENT MORTG         .00          .00           .00
T MOBILE                   UNSECURED         1056.41          .00           .00
BURNS & WINCEK LTD         DEBTOR ATTY      3,200.00                    1,308.24
TOM VAUGHN                 TRUSTEE                                        113.76
DEBTOR REFUND              REFUND                                            .00

        Summary of Receipts and Disbursements:

                   PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 05352 CAPRI D PATTISON
```

```
-------------------------------------------------------------------------
                            RECEIPTS         DISBURSEMENTS
-------------------------------------------------------------------------
TRUSTEE                     1,422.00

PRIORITY                                               .00
SECURED                                                .00
UNSECURED                                              .00
ADMINISTRATIVE                                    1,308.24
TRUSTEE COMPENSATION                                113.76
DEBTOR REFUND                                          .00
                          ---------------      ---------------
TOTALS                      1,422.00             1,422.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 03/05/09          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE










                         PAGE   2
         CASE NO. 08 B 05352 CAPRI D PATTISON